### Commonwealth *v.* One 1953 Cadillac Sedan (DePiano).

Submitted June 15, 1965.

*James Iannucci,* Special Assistant Attorney General, *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Pennsylvania Liquor Control Board, appellant; *Michael D. Battaglini,* for appellee.

Order affirmed.

### Commonwealth *v.* One 1961 Chrysler Sedan (Marano).

Argued June 17, 1965.

*James Iannucci,* Special Assistant Attorney General, with him *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Pennsylvania Liquor Control Board, appellant; *Martin A. Ostrow,* for appellee.

Order affirmed.

FLOOD, J., absent.